**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-61T** **DATE: August 18, 2005**
**TITLE OF CASE:** **USA v. Guy Andrus**

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **n/a**
**PROBATION:** **Dennis Jenkins**

---

**COUNSEL PRESENT**

Government: Andrew Reich, AUSA

Defendant: Kevin J. Fitzgerald, Esquire

---

**PROCEEDINGS:** **Sentencing**

August 18, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. No objections to the Presentence Report noted. Defense requests a sentence that is either outside of the guideline range or a downward departure. Government has no objection to a downward departure due to the extraordinary circumstances presented in this case. Defendant allocutes. Court finds that a departure below 5H1.4 (extreme medical condition) is warranted. Court sentences defendant to 2 years probation with the special condition of community confinement at Bannister House or other inpatient facility as approved by U.S. Probation. Defendant to pay restitution in the amount of $140,644.00 to the Social Security Administration. Fine is waived as Court finds defendant has no ability to pay. Special Assessment of $100.00.

Recess